IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ILLINOIS ENVIRONMENTAL
PROTECTION AGENCY,

    Appellant,

v.

DONALD SAMSON, Trustee
for the Estate of Chemetco, Inc.,

    Appellee,

Case No. 11-cv-836-DRH

Appeal of Proceedings Under Chapter 7
Case No. 01-34066

IN RE:

CHEMETCO, INC.,

    Debtor.

## ORDER

**HERNDON, Chief Judge:**

Before the Court is the motion for voluntary dismissal by agreement of the parties pursuant to FRBP 8001(c)(2) (Doc. 26). Pursuant to Rule 8001(c)(2) of the FEDERAL RULES OF BANKRUPTCY PROCEDURE, the agreement of the parties, and the reasons stated in the instant motion, the motion is **GRANTED**. The Clerk is directed to close the file.

    **IT IS SO ORDERED.**

    Signed this 31st day of October, 2012.

Digitally signed by
David R. Herndon
Date: 2012.10.31
14:03:12 -05'00'

**Chief Judge**
**United States District Court**